UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SIPP INTERNATIONAL INDUSTRIES, INC., )
)
                Plaintiff, )    Case No. 2:14-cv-00054-GMN-PAL
)
vs. )    **ORDER**
)
GREGG PEARSON, et al., )
)
                Defendants. )
)

       This matter is before the court on Plaintiff SIPP International Industries, Inc.'s ("SIPP") failure to designate counsel of record authorized to appear in this action on its behalf, and also its failure to file a Certificate of Interested Parties as required by LR 7.1-1.

       A corporation cannot appear except through counsel. *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

       The Complaint (Dkt. #1) in this matter was filed January 10, 2014. No Answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

/ / /

**IT IS ORDERED** that:

1. Plaintiff SIPP shall designate counsel of record authorized to appear in this action on its behalf **no later than 4:00 p.m., February 28, 2014.** In the event Plaintiff fails to timely comply with this court's order, sanctions up to and including dispositive sanctions may be imposed for failure to comply.

2. Once counsel for SIPP appears in this matter, counsel shall have two weeks in which to file its Certificate of Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., March 14, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 14th day of February, 2014.

_____
Peggy A. Leen
United States Magistrate Judge